IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | | |
|---|---|---|
| KATHRYN ROBERTSON, | : | |
| ADMINISTRATRIX of the | : | |
| ESTATE OF | : | |
| DONNIE ROBERTSON, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Case No.:5:18-cv-0067 |
| | : | |
| CORPORAL C.J. DIETZ, *et al*., | : | |
| | : | |
| Defendants. | : | |

**JOINT PETITION FOR APPROVAL OF A WRONGFUL DEATH SETTLEMENT**

COME NOW Plaintiff, Kathryn Robertson, Administratrix of the Estate of Donnie Robertson, and Defendant Corporal C.J. Dietz, by undersigned counsel, and move this Honorable Court to approve a compromise settlement agreement pursuant to Va. Code § 8.01-55 of all claims against Defendant, of whatever nature, including all claims pursuant to Va. Code § 8.01-50, that Plaintiff and/or the statutory beneficiary may have arising out of the subject incident on September 2, 2016 and the death of decedent Donnie Robertson, for the reasons set forth in the accompanying Brief, incorporated herein by reference.

WHEREFORE, for the foregoing reasons, and those set forth in the parties' Brief, the parties respectfully request that the Court GRANT the Petition, enter the accompanying proposed Order approving the terms of the parties' settlement, and dismiss the instant matter with prejudice.

REQUEST FOR ORAL HEARING TO APPROVE SETTLEMENT.

Respectfully submitted,

CORPORAL C.J. DIETZ

BY: _____/s/_____
Alexander Francuzenko, VA Bar #36510
Michael D. Arena, VA Bar #87278
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA  22030
(703) 865-7480 (office)
(703) 434-3510 (fax)
alex@cookcraig.com
marena@cookcraig.com
*Counsel for Defendant C.J. Dietz*


KATHRYN ROBERTSON, Adminstratrix of the Estate of DONNIE ROBERTSON

BY: _____/s/_____
Seth R. Carroll, VSB 74745
Connor S. Bleakley, VSB 92113
Commonwealth Law Group, LLC
1506 Staples Mill Rd., Suite 202
Richmond, VA 23230
(804) 987-6212 (phone)
(866) 238-6415 (fax)
scarroll@hurtinva.com
cbleakley@hurtinva.com
*Counsel for Plaintiff*

Jonathan E. Halperin, VSB 32698
Andrew Lucchetti, VSB 86631
Halperin Law Center, LLC
5225 Hickory Park Drive, Suite B
Glen Allen, VA 23059
(804) 527-0100 (phone)
(866) 355-1502 (fax)
jonathan@halperinlegal.com
andrew@halperinlegal.com
*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of December, 2019, I served a copy of the foregoing Joint Petition for Approval of a Wrongful Death Settlement upon the following via ECF:

Jonathan E. Halperin, VSB 32698
Andrew Lucchetti, VSB 86631
Halperin Law Center, LLC
5225 Hickory Park Drive, Suite B
Glen Allen, VA 23059
(804) 527-0100 (phone)
(866) 355-1502 (fax)
jonathan@halperinlegal.com
andrew@halperinlegal.com
*Counsel for Plaintiff*

Alexander Francuzenko, VA Bar #36510
Michael D. Arena, VA Bar #87278
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA  22030
(703) 865-7480 (office)
(703) 434-3510 (fax)
alex@cookcraig.com
marena@cookcraig.com
*Counsel for Defendant C.J. Dietz*

                                    _____/s/_____
                                    Seth R. Carroll